SPICER, Respondent, v. ACKERSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. September, 1906.) Action by Charlotte Pamelia Spicer against Louie E. Ackerson.

PER CURIAM. Judgment affirmed, with costs.

SPRING, J., dissents.

STANDARD BLUE STONE CO., Appellant, v. QUALMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by the Standard Blue Stone Company against Henry J. Qualman and another.

PER CURIAM. Order modified, by inserting after the words, "with interest at the rate of 6 per cent. per annum to the date of said payment and any costs of said proceeding in addition thereto," the words, "together with all sums paid for interest, costs; taxes, and actual legal expenses, with interest from the date of such payments," and, as so modified, affirmed, with costs of this appeal to the appellant.

STEARNS, Appellant, v. TITUS et al., Respondents. (Supreme Court, Appellate Division, First Department. May 10, 1907.) Action by George A. Stearns against George F. Titus and others. C. H. Studin, for appellant. T. Farley, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See 99 N. Y. Supp. 667.

STEELE, Appellant, v. ROME BRASS & COPPER CO., Respondent. (Supreme Court, Appellate Division, First Department. May 10, 1907.) Action by Wilbur F. Steele against the Rome Brass & Copper Company. A. A. Wray, for appellant. J. D. McMahon, for respondent. No opinion. Order affirmed, with costs. Order filed.

STURMDORF v. SAUNDERS et al. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Deborah Sturmdorf, as assignee of William Sturmdorf, against Ebenezer M. Saunders, as executor, etc., and others. No opinion. Motion granted.

STURTEVANT, Appellant, v. GEIS et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Sophia Sturtevant against William V. Geis and others. No opinion. Judgment and order affirmed, with costs.

SUSSMAN et al., Appellants, v. VARUCCHIE, Respondent. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action by Hyman Sussman and another against Joe Varucchie. No opinion. The judgment herein, and the order denying plaintiff's motion to vacate the judgment, reversed, and cause restored to the calendar of the Municipal Court, without costs of this appeal.

TALBOTT, Respondent, v. De WITT et al., Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1907.) Action by Page W. Talbott against Jerome De Witt and others, as executors, etc.

PER CURIAM. Judgment unanimously affirmed, with costs.

SEWELL, J., not sitting.

THAYER, Respondent, v. UTICA KNITTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 1, 1907.) Action by James W. Thayer, an infant, etc., against the Utica Knitting Company. No opinion. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide the event, on authority of same case reported in 183 N. Y. 18, 75 N. E. 577.

THISTLEWAITE, Appellant, v. THISTLEWAITE, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 8, 1907.) Action by William J. Thistlewaite against Marie B. Thistlewaite. No opinion. So much of the interlocutory and final judgments herein as are appealed from reversed, without costs of this appeal to either party.

TOERGE, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Nicholas Toerge against the city of New York. No opinion. Judgment and order affirmed, with costs.

TOLMAN, Appellant, v. THOMPSON, Respondent. (Supreme Court, Appellate Division, Second Department. May 3, 1907.) Action by Daniel H. Tolman against Helen Thompson. No opinion. Order affirmed, with $10 costs and disbursements, on authority of Tolman v. Mulcahy (decided April 19, 1907), 103 N. Y. Supp. 936.

TOMPKINS, Respondent, v. MOORES, Appellant. (Supreme Court, Appellate Division, First Department. May 10, 1907.) Action by Mary Tompkins against James H. Moores. E. L. Prentiss, for appellant. H. R. Stern, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TRAVELERS' INS. CO., Respondent, v. J. B. LYON CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1907. Action by the Travelers' Insurance Company against the J. B. Lyon Company. No opinion. Order affirmed, with $10 costs and disbursements.

TURNO v. SPORTSMEN'S EXHIBITION CO. (Supreme Court, Appellate Term. May 16, 1907.) Appeal from Municipal Court, Borough of Manhattan, Twelfth District. Action by Charles H. Turno against the Sportsmen's Exhibition Company. From a judgment for plaintiff, defendant appeals. Reversed, and new trial ordered. William F. Kimber, for appellant. Emerich Kohn, for respondent.

PER CURIAM. This action was brought to recover damages for personal injuries sustained